```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JACOB LOFARO, PPA NICOLE LOFARO, )<br>)<br>Plaintiffs,     )<br>)<br>V.                    )<br>)<br>DEBORAH BRADLEY, LOUIS LAZ[1], )<br>and ASSOCIATES IN OBSTETRICS  )<br>& GYNECOLOGY,          )<br>)<br>Defendants.    )<br>) | Civil Action No. 04-11297-MLW<br><br>Formerly: Essex County<br>         Superior Court<br>         Civil Action No.<br>         03-536 |

**MOTION TO DISMISS COUNTS IV THROUGH VI OF THE COMPLAINT AS THEY APPLY TO DEFENDANT LOUIS LAZ, M.D.**

As more fully demonstrated in the accompanying Memorandum in Support, the United States of America, on behalf of the defendant, Louis Laz, M.D., respectfully requests that this Court dismiss with prejudice Counts IV through VI of the plaintiff's complaint in the above-captioned matter pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure as this Court lacks subject matter jurisdiction where the plaintiff has failed to timely file an administrative claim as required by the Federal Tort Claims Act. 28 U.S.C. § 2401(b).

---

[1]A Motion to Substitute the United States of America as the Proper Party Defendant for Louis Laz, M.D., is pending.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

Dated: June 22, 2004        /S/ Christopher R. Donato
                                          Christopher R. Donato
                                          Assistant U.S. Attorney
                                          U.S. Attorney's Office
                                          John Joseph Moakley Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA    02210
                                          Tel. No. (617) 748-3303

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Andrew C. Meyer, Jr., Esq.
Robert Higgins, Esq.
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

Charles P. Reidy, III, Esq.
Laura Marhoefer, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114-4716

Joan Eldridge, Esq.
Foster & Eldridge
955 Massachusetts Avenue
Cambridge, MA 02139


Dated: June 22, 2004                          /S/ Christopher R. Donato
                                                  Christopher R. Donato
                                                  Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

    I hereby certify that on June 22, 2004, I spoke with Attorney Robert Higgins, attorney for the plaintiff, and informed him of my intention to file this Motion to Dismiss and attempted in good faith to resolve the issues presented.


Dated: June 22, 2004                /S/ Christopher R. Donato
                                    Christopher R. Donato
                                    Assistant U.S. Attorney