UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 30 A 11:47

DISTRICT COURT
DISTRICT OF MASS.

JACOB LOFARO, PPA NICOLE LOFARO,
    Plaintiffs,

v.

DEBORAH BRADLEY, LOUIS LAZ, and ASSOCIATES IN OBSTETRICS & GYNECOLOGY,
    Defendants.

Civil Action No. 04-11297-MLW

Formerly: Essex County Superior Court Civil Action No. 03-536

## NOTICE OF FILING STATE COURT PLEADINGS

PLEASE TAKE NOTICE that on this day the attested to copies of the state court pleadings received from the Clerk of the Essex County Superior Court were filed with the United States District Court for the District of Massachusetts.

MICHAEL J. SULLIVAN
United States Attorney

Dated: June 30, 2004

_____
Christopher R. Donato
Special Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3303

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was made upon the attorneys of record for each other party by first class mail, postage prepaid.

_____
Christopher R. Donato
Assistant U.S. Attorney

```
MAS-20031124                    Commonwealth of Massachusetts                   06/23/2004
cavanaug                              ESSEX SUPERIOR COURT                       11:20 AM
                                          Case Summary
                                          Civil Docket
```

### ESCV2003-00536
### Lofaro et al v Smith M D et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 03/20/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 06/23/2004 | **Session** | A - Civil-CtRm 2 -rear (Salem) | | |
| **Origin** | 1 | **Case Type** | B06 - Medical malpractice | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 06/18/2003 | **Answer** | 08/17/2003 | **Rule12/19/20** | 08/17/2003 |
| **Rule 15** | 06/12/2004 | **Discovery** | 05/08/2005 | **Rule 56** | 07/07/2005 |
| **Final PTC** | 11/04/2005 | **Disposition** | 03/19/2006 | **Jury Trial** | Yes |

**PARTIES**

**Plaintiff**
Jacob Lofaro
Active 03/20/2003

**Private Counsel 344300**
Andrew C Meyer
Lubin & Meyer
100 City Hall Plaza
4th Floor
Boston, MA 02108
Phone: 617-720-4447
Fax: 617-720-1229
Active 03/20/2003 Notify

**Plaintiff**
Nicole PPA Lofaro
Active 03/20/2003

**Defendant**
Almena Smith M D
83 Herrick Street
Beverly, MA 01915
Served: 06/19/2003
Answered: 07/01/2003
Answered 07/01/2003

**Private Counsel 543136**
Ellen Epstein Cohen
Adler Cohen Harvey Wakeman &
Guekguezian LLP
230 Congress Street
10th Floor
Boston, MA 02110
Phone: 617-423-6674
Fax: 617-423-7152
Active 07/01/2003 Notify

**Private Counsel 647102**
John R Pelletier
Adler Cohen Harvey Wakeman &
Guekguezian LLP
230 Congress Street
Boston, MA 02110
Phone: 617-423-6674
Fax: 617-423-7152
Active 07/01/2003 Notify

A TRUE COPY, ATTEST
*[signature]*
DEPUTY ASST. CLERK

FILED
CLERK'S OFFICE
2004 JUN 30 A 11:47
DISTRICT COURT
DISTRICT OF MASS.

MAS-20031124 Case 1:04-cv-11297-MLW   Document 6   Filed 06/30/2004   Page 3 of 6   06/23/2004
cavanaug                             Commonwealth of Massachusetts                  11:20 AM
                                          ESSEX SUPERIOR COURT
                                               Case Summary
                                               Civil Docket

### ESCV2003-00536
### Lofaro et al v Smith M D et al

| Defendant | |
|---|---|
| **Defendant**<br>Deborah Bradley M D<br>83 Herrick Street<br>Beverly, MA 01915<br>Served: 06/19/2003<br>Answered: 09/18/2003<br>Answered 09/18/2003 | **Private Counsel 415720**<br>Charles P Reidy III<br>Martin Magnuson McCarthy & Kenney<br>101 Merrimac Street<br>7th Floor<br>Boston, MA 02114-4716<br>Phone: 617-227-3240<br>Fax: 617-227-3346<br>Active 08/21/2003 Notify<br><br>*** See Attorney Information Above ***<br>**Private Counsel 643459**<br>Laura M Marhoefer<br>Martin Magnuson McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114-4716<br>Phone: 617-227-3240<br>Fax: 617-227-3346<br>Active 09/18/2003 Notify |
| **Defendant**<br>Associates in Obstetrics & Gynecology Inc<br>83 Herrick Street<br>Beverly, MA 01915<br>Served: 06/19/2003<br>Answered: 07/01/2003<br>Answered 07/01/2003 | **Private Counsel 543136**<br>Ellen Epstein Cohen<br>Adler Cohen Harvey Wakeman &<br>Guekguezian LLP<br>230 Congress Street<br>10th Floor<br>Boston, MA 02110<br>Phone: 617-423-6674<br>Fax: 617-423-7152<br>Active 06/27/2003 Notify<br><br>**Private Counsel 647102**<br>John R Pelletier<br>Adler Cohen Harvey Wakeman &<br>Guekguezian LLP<br>230 Congress Street<br>Boston, MA 02110<br>Phone: 617-423-6674<br>Fax: 617-423-7152<br>Active 06/27/2003 Notify<br><br>**Private Counsel 543136**<br>Ellen Epstein Cohen<br>Adler Cohen Harvey Wakeman &<br>Guekguezian LLP<br>230 Congress Street<br>10th Floor<br>Boston, MA 02110<br>Phone: 617-423-6674<br>Fax: 617-423-7152<br>Active 07/01/2003 Notify |

A TRUE COPY, ATTEST
*[signature]*
DEPUTY ASS'T. CLERK

MAS-20031124
cavanaug

Case 1:04-cv-11297-MLW   Document 6   Filed 06/30/2004   Page 4 of 6

Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

06/23/2004
11:20 AM

### ESCV2003-00536
### Lofaro et al v Smith M D et al

| | |
|---|---|
| **Malprac trib attorney**<br>John L Romano<br>230 Broadway<br>Suite 104<br>Lynnfield, MA 01940<br>Active 11/18/2003 | |
| **Malprac trib physician**<br>Ana-Cristina Vasilescu MD<br>44 Prentiss Lane<br>Belmont, MA 02478<br>Active 11/18/2003 | |
| **Defendant**<br>Louis Laz MD<br>Served: 01/20/2004<br>Served (answr pending) 03/05/2004 | |

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 03/20/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 03/20/2003 | | Origin 1, Type B06, Track A. |
| 03/20/2003 | 2.0 | Uniform Counsel Certification filed by Plaintiff's Attorney Andrew C Meyer, Jr. |
| 06/25/2003 | 3.0 | SERVICE RETURNED: Almena Smith M D (Defendant) on 6/19/2003 in hand to Jennette Panachock, agent, person in charge |
| 06/25/2003 | 4.0 | SERVICE RETURNED: Deborah Bradley M D (Defendant) on 6/19/2003 in hand to Jenette Panachock, agent, person in charge |
| 06/25/2003 | 5.0 | SERVICE RETURNED: Associates in Obstetrics & Gynecology Inc (Defendant) on 6/19/2003 in hand to Jennette Panachock, agent, person in charge |
| 06/26/2003 | 6.0 | Atty Ellen Epstein Cohen and John R. Pelletier's notice of appearance for defendant Associates in OB/GYN, Inc. |
| 07/01/2003 | 7.0 | ANSWER: Almena Smith M D (Defendant) with demand for trial by jury |
| 07/01/2003 | 8.0 | ANSWER: Associates in Obstetrics & Gynecology Inc. (Defendant) with demand for trial by jury |
| 07/01/2003 | 9.0 | Request for medical malpractice tribunal filed by Almena Smith, M.D. |
| 07/01/2003 | 10.0 | Request for medical malpractice tribunal filed by defendant Associates in OB/GYN, INC. |
| 08/21/2003 | 11.0 | Atty Charles P Reidy III's notice of appearance for Deborah Bradley M D |
| 09/18/2003 | 12.0 | ANSWER: Deborah Bradley M D |

A TRUE COPY, ATTEST
DEPUTY ASST. CLERK

MAS-20031124 Case 1:04-cv-11297-MLW   Document 6   Filed 06/30/2004   Page 5 of 6   06/23/2004
cavanaug                             Commonwealth of Massachusetts                    11:20 AM
                                         ESSEX SUPERIOR COURT
                                              Case Summary
                                              Civil Docket

### ESCV2003-00536
### Lofaro et al v Smith M D et al

| Date | Paper | Text |
|---|---|---|
| 10/16/2003 | 13.0 | Application for order for copy of hospital records and things, regarding Nicole Lofaro. |
| 10/16/2003 | 14.0 | Application for Order for copy of hospital records and things, regarding Jacob Lofaro. |
| 10/16/2003 | 15.0 | ORDER for hospital records from 13 (P##) (Mary Lou Rup, Justice) |
| 10/16/2003 | 16.0 | ORDER for hospital records from (P#14) (Mary Lou Rup, Justice) |
| 11/18/2003 | 17.0 | ORDER for medical malpractice tribunal on December 12, 2003 at 10:30 AM in D Session at Lawrence Superior Court for Defendant: Almena Smith, MD |
| 11/18/2003 | 18.0 | ORDER for medical malpractice tribunal on December 12, 2003 at 10:30 AM in D Session at Lawrence Superior Court for Defendant; Deborah Bradley, MD |
| 11/18/2003 | 19.0 | ORDER for medical malpractice tribunal on December 12, 2003 at 10:30 AM in D Session at Lawrence Superior Court for Defendant: Associates in OB/GYN, Inc. |
| 12/10/2003 | 20.0 | Offer of proof of Jacob Lofaro |
| 12/12/2003 | 21.0 | Stipulation of partial dismissal as to Almena Smith M D, with prejudice, with costs |
| 12/12/2003 | 22.0 | Medical malpractice tribunal report: as to Associates in Obstetrics & Gynecology Inc that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Howard Whitehead, Justice) Copies mailed December 12, 2003 |
| 12/12/2003 | | Notice sent to board of registration in medicine |
| 12/12/2003 | 23.0 | Medical malpractice tribunal report: as to Deborah Bradley M D that there is sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Howard Whitehead, Justice) Copies mailed December 12, 2003 |
| 12/12/2003 | | Notice sent to board of registration in medicine |
| 12/22/2003 | 24.0 | Plaintiff Jacob Lofaro, Nicole PPA Lofaro's MOTION to amend complaint by adding Louis Laz, M.D. with affidavit of compliance with superior court rule 9A with no opposition received.. filed 12/19/03 |
| 01/02/2004 | | MOTION (P#24) ALLOWED. 12/30/03 (David Lowy, Justice) Notices mailed January 02, 2004 |
| 01/02/2004 | 25.0 | Amended complaint of Jacob Lofaro, Nicole PPA Lofaro |
| 03/05/2004 | 26.0 | SERVICE RETURNED (summons): Louis Laz MD, service made on January 20, 2004 (agent in charge service) |
| 03/22/2004 | | Notice of Annual Civil Litigation Fee mailed to plaintiff's attorney Andrew C Meyer on March 22, 2004. |
| 04/23/2004 | 27.0 | Atty Laura M Marhoefer's notice of appearance for Associates in Obstetrics & Gynecology Inc |
| 05/20/2004 | 28.0 | Notice of late fee due; Annual Civil Litigation Assessment Fee and late fee in amount of 10.00 mailed to plaintiff's Andrew C Meyer on May 20, 2004 |
| 06/23/2004 | | Case REMOVED this date to US District Court of Massachusetts filed 6/15/04 |

A TRUE COPY ATTEST
*[signature]*
DEPUTY ASST. CLERK

**EVENTS**

MAS-20031124
cavanaug

Case 1:04-cv-11297-MLW   Document 6   Filed 06/30/2004   Page 6 of 6

Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

06/23/2004
11:20 AM

### ESCV2003-00536
### Lofaro et al v Smith M D et al

| Date | Session | Event | Result |
|---|---|---|---|
| 12/12/2003 | Civil-CtRm 2 (Lawrence) | Malpractice tribunal | Event cancelled - Case Settled |
| | | Ana-Cristina Vasilescu, MD, 44 Prentiss Lane Belmont, MA 02478 John L. Romano, Esq., 230 Broadway, Suite 104, Lynnfield, MA 01940 For Def: Almena Smith, MD | |
| 12/12/2003 | Civil-CtRm 2 (Lawrence) | Malpractice tribunal | Event held as scheduled |
| | | Ana-Cristina Vasilescu, MD, 44 Prentiss Lane, Belmont, MA 02478 John L. Romano, Esq., 230 Broadway, Suite 104, Lynnfield, MA 01940 For Def: Deborah Bradley, MD | |
| 12/12/2003 | Civil-CtRm 2 (Lawrence) | Malpractice tribunal | Event held as scheduled |
| | | Ana-Cristina Vasilescu, MD, 44 Prentiss Lane, Belmont, MA 02478 John L. Romano, Esq., 230 Broadway, Suite 104, Lynnfield, MA 01940 For Def: Associates in OB/GYN, Inc. | |
| 05/07/2004 | Civil-CtRm 2 -rear (Salem) | Status: Review Annual Fee | Event canceled not re-scheduled |
| 06/21/2004 | Civil-CtRm 2 -rear (Salem) | Status: Review Annual Fee | |

A TRUE COPY, ATTEST
*[signature]*
DEPUTY ASST. CLERK