UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACOB LOFARO, PPA NICOLE LOFARO,<br><br>            Plaintiffs,<br><br>     v.<br><br>DEBORAH BRADLEY,<br>UNITED STATES OF AMERICA,<br>and ASSOCIATES IN OBSTETRICS<br>& GYNECOLOGY,<br><br>            Defendants. | Civil Action No. 04-11297-MLW<br><br>Formerly:  Essex County<br>           Superior Court<br>           Civil Action No.<br>           03-536 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTS IV THROUGH VI OF THE COMPLAINT AS THEY APPLY TO DEFENDANT UNITED STATES OF AMERICA

The defendant United States of America and the plaintiffs Jacob Lofaro, PPA Nicole Lofaro, hereby stipulate to dismissal with prejudice of Counts IV through VI of the plaintiffs' complaint.

Respectfully submitted,

| Attorney for the plaintiffs, | Attorney for the defendant<br>United States of America, |
|---|---|
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| *_/s/ Robert Higgins/_<br>Andrew C. Meyer, Jr., Esq.<br>Robert Higgins, Esq.<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108<br>(617) 720-4447 | _/s/ Christopher R. Donato/_<br>Christopher R. Donato<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA   02210<br>Tel. No. (617) 748-3303 |
| Dated: 11/16/04 | Dated: 11/16/04 |

*Signed by Christopher R. Donato on behalf of Robert Higgins, Esq., per authority given in telephone conversation on 11/16/04.